## Case No.1: 15-cv-03378

### DENIAL OF FALSE ACCUSATIONS DUE TO UNSUPPORTED ALLEGATIONS FOR A COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF TO PERMANENTLY ENJOIN THE DEFENDANT, CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES,

1) CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES, has <u>never</u> organized or sold abusive tax shelters, plans, or arranged advisement or encouraged taxpayers to attempt to evade the assessment or collection of their correct federal tax liabilities. There is no written evidence that these actions were or have been performed by CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES. CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES, prepared amended 1040x tax returns at no cost due to the supporting documents the taxpayers had and phone calls the taxpayer made to mortgage companies to assist the preparer with verifying documents the taxpayer furnished for the amended 1040x tax return. All amended tax returns listed in case no. 1:15-cv-03378-JFM was done in good faith without intentionally misleading fraudulent actions.

2) CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES, has <u>never</u> organized, promoted, marketed, or sold any plan or arrangement that advised or encouraged taxpayers to attempt to violate the Internal Revenue Service laws or unlawfully evade the assessment or collection of their Federal tax liabilities, including promoting, selling, or advocating the used of false forms 8281 and 1099-A, or other false IRS forms based on false assertions. The form 8281 and 1099-A are not false forms, the forms can be retrieved on the Internal Revenue Service website. CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES HAS NEVER prepared, promoted, advocated, and sold forms 8281 and 1099-A to any tax client. The United States of America has not presented or proved that CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES has done otherwise.

3) CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES, has <u>never</u> issued or encouraged clients to issue

false Forms 1099 for a credit to report the amount on the False Forms 1099 as income taxes withheld on their behalf;

4) CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES, has never told any taxpayer that he/she has a secret account with the Treasury Department which they can use to pay their debts or which they can draw on for refunds through a process that is commonly referred to as "redemption." CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVIES, has never heard of a secret Treasury Department account to pay debts, this information has been furnished by the Ryan O McMonagle from the U.S. Department of Justice, Tax Division. This is the first time that CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES, heard about a secret Treasury Department account.

5) CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES, did not prepare any tax forms or other documents that understated any tax liability. There is no evidence of CHARESE JOHNSON, DOOING BUSINESS AS PRODIGY ACCOUNTING SERVICES, preparing tax forms or other documents that understated a taxpayer's income or tax liability according to section 6701 of the Internal Revenue Code.

6) CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES, prepared tax returns in good faith without reckless or intentional disregard of rules and regulations. No documentation of understated taxpayers' federal tax liabilities was prepared and submitted on behalf of any taxpayer by CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES at any time according to section 6694 of the Internal Revenue Service Code.

7) CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES, signs all tax returns prepared by her with the contact and EIN listed. The United States of America has not proven this allegation in no way. My signature is a guarantee that taxpayer has furnished and stated that supporting documentation is true and taxpayer is responsible for all documents submitted to the tax preparer.

8) I was introduced to the "REDEMPTION" TAX AVOIDANCE SCHEME by Ryan O. McMonagle from the U.S. Department of

Justice, Tax Division. CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES, has never heard of this process until stated by Ryan O. McMonagle.

9) All Amended 1040x returns prepared and signed by CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES, has been corrected to reflect the original 1040 refund or tax liability amount due. However I have been informed by an Internal Revenue Service Agent, that the Internal Revenue Service Fraudulent Division in Ogden, Utah has chosen not to accept the corrected amended 1040x return based on individual opinion and not Internal Revenue Service or the Department of Treasury statues. All corrected amended 1040x returns were submitted within the time frames listed on the Internal Revenue Service letters.

10) CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES, has no knowledge of a falsified GSA form 91, and a falsified UCC-1 Financing Statement.

11) There was no intentional or monetary harm caused by CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES. Any client that had a return prepared by CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES, and received a fraudulent or penalty letter, CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SEVICES corrected the amended return with no cost within the Internal Revenue Service mandated time frame.

12) After clarifying and correcting all amended returns listed on Case 1:15-cv-03378-JFM, CHARESE JOHNSON, DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES, have not prepared any other amended tax returns since April 2013.

Dated January 1, 2016               Respectfully submitted,

                                    CHARESE JOHNSON, DOING
                                    BUSINESS AS PRODIGY
                                    ACCOUNTING SERVICES

                                    *Charese Johnson*

# Certificate of Service

I hereby certify that a complete copy of the foregoing instrument has been served upon the following counsel of record by placing the same in the United States Mail, postage prepaid, on this the 8th day of January, 2016:

CAROLINE D. CIRAOLO
Acting Assistant Attorney General, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

RYAN O. MCMONAGLE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

UNITED STATES DISTRICT COURT
Baltimore Division
101 West Lombard Street
Baltimore, Maryland 21201

CHARESE JOHNSON
DOING BUSINESS AS PRODIGY ACCOUNTING SERVICES
548 Beards Hill Road
Aberdeen, Maryland 21001